No. 83–5500.   SOLOMON *v.* HARRIS, WARDEN, ET AL.   C. A. 2d Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Strickland* v. *Washington*, 466

U. S. 668 (1984). JUSTICE MARSHALL would grant certiorari and set case for oral argument.